UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; and JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND and TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND, Plaintiffs, vs. UNIVERSAL CONSTRUCTION SERVICES, INC., Defendant, and STRUCTURE-TONE, INC., Reach-and-Apply Defendant. | C.A. No. 11-10815 GAO |

**MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT UNIVERSAL CONSTRUCTION SERVICES, INC.**

The Plaintiffs Barry C. McAnarney, as he is Executive Director, Massachusetts Laborers' Health and Welfare Fund, *et al.* ("the Funds"), pursuant to Rule 55(b)(1), Fed. R. Civ. P., respectfully move this honorable Court to enter default judgment in favor of the Funds and against Defendant Universal Construction Services, Inc. ("Universal"), holding it liable for unpaid fringe benefit contributions, interest owed on late-paid contributions, interest owed on delinquent contributions, liquidated damages, and reasonable attorney's fees and costs, as follows:

| | | |
|---|---|---:|
| A. | Principal contribution amounts and dues owed to the Funds through March, 2011; | $143,321.50 |
| B. | Interest on previous late-paid contributions as provided in the collective bargaining agreement; | $6,150.14 |
| C. | Prejudgment interest on delinquent unpaid contributions, as mandated by 29 U.S.C. §1132(g)(2)(B), as of December 31, 2011; | $9,580.84 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i); | $28,664.20 |
| E. | Attorney's Fees as mandated by §1132(g)(2)(D); and | $18,728.06 |
| F. | Costs | _$6,900.54_ |
| | **TOTAL** | $213,345.28 |

In support of this motion, the Funds submit herewith the Affidavit of Executive Director Barry C. McAnarney, showing that Plaintiffs' claim is for a sum certain and Universal is not an infant, incompetent person, or in the military service and the Affidavit of Anne R. Sills, setting forth the attorney's fees and costs incurred in this matter. In further support, the Funds submit a Memorandum of Law and a proposed form of Order.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against Defendant Universal Construction Services, Inc. in this matter.

                                        Respectfully submitted,

                                        BARRY C. McANARNEY, as he is
                                        EXECUTIVE DIRECTOR,
                                        MASSACHUSETTS LABORERS'
                                        HEALTH AND WELFARE FUND, *et al.*,

                                        By their attorneys,

                                        /s/ Anne R. Sills
                                        Anne R. Sills, Esquire
                                        BBO #546576
                                        Kathryn S. Shea, Esquire

                                                BBO # 547188
                                                Segal Roitman, LLP
                                                111 Devonshire Street, 5th Floor
                                                Boston, MA  02109
                                                (617) 742-0208, Ext. 232
                                                asills@segalroitman.com

Dated: December 19, 2011

## CERTIFICATE OF SERVICE

     I hereby certify that the above Motion for Default Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Universal Construction Services, Inc. at 34 Broadway, Wakefield, MA  01880 on this 19th day of December, 2011.

                                                /s/ Anne R. Sills
                                                Anne R. Sills, Esquire

ARS/ars&ts
6306 10-358/defaultjudgment/motion-dj.doc