UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; and JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND and TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CONSTRUCTION SERVICES, INC.,<br>　　　　　　Defendant,<br><br>and<br><br>STRUCTURE-TONE, INC.,<br>　　　　　　Reach-and-Apply Defendant. | C.A. No. 11-10815 GAO |

### AFFIDAVIT OF BARRY C. MCANARNEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1. My name is Barry C. McAnarney. I am the Executive Director of the Massachusetts Laborers' Health and Welfare Fund, *et al.* ("Funds").

2. Defendant Universal Construction Services, Inc. ("Universal") was signatory to a collective bargaining agreement with the Massachusetts Laborers' District Council ("Union") pursuant to which it was obligated to remit contributions for each hour worked by its covered employees and submit remittance reports indicating the hours worked and contributions owed.

3. On or about May 27, 2011, the Funds audited Universal's books and records for the period July, 2010 through March, 2011. The auditor determined that Universal owed

$294,784.50 in fringe benefit contributions for the audit period, together with $1,508.45 in interest on late payments.

4. The Funds notified Universal of the audit results and sought payment.

5. The Funds also filed mechanic's liens and bond claims and ultimately collected $151,463.00 from these third party claims, which reduced Universal's audit balance to $143,321.50. This audit balance remains unpaid and interest is accruing on this delinquency. If the entire delinquency was paid by December 31, 2011, Universal would owe $9,580.84 in interest thereon.

6. Universal already owes the Funds $6,150.14 in interest on the contributions that were paid late and $28,664.20 in liquidated damages.

7. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act. I have caused careful investigation to be made to ascertain whether the defendant Universal is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

8. I have also caused careful investigation to be made to ascertain whether the defendant Universal is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH DAY OF DECEMBER, 2011.

Barry C. McAnarney

## CERTIFICATE OF SERVICE

I hereby certify that the above Affidavit of Barry C. McAnarney in Support of Motion for Default Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent by certified and first class mail, postage prepaid, upon the Defendant, Universal Construction Services, Inc. at 34 Broadway, Wakefield, MA  01880 on this 19th day of December, 2011.

/s/ Anne R. Sills
_____
Anne R. Sills, Esquire

ARS/ars&ts
6306 10-358/defaultjudgment/affmcanarney-suppmotion-dj.doc