UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; and JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND and TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND, Plaintiffs, vs. UNIVERSAL CONSTRUCTION SERVICES, INC., Defendant, and STRUCTURE-TONE, INC., Reach-and-Apply Defendant. | C.A. No. 11-10815 GAO |

## DEFAULT JUDGMENT

Defendant Universal Construction Services, Inc. ("Universal"), having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiffs and affidavits demonstrating that Defendant Universal owes Plaintiffs the sum of $213,345.28, that the Defendant is not an infant or an incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendant Universal the total benefit contributions owed in the amount of $143,321.50, interest on the delinquent contributions at rate of 10 percent per annum in the amount of $9,580.84, interest on previously late-paid contributions in the amount of $6,150.14, liquidated damages of

$28,664.20, and attorney's fees of $18,728.06 and costs of $6,900.54, for a total judgment of $213,345.28 with interest as provided by law.

_____
Deputy Clerk

Dated: 1/11/12

Note: The post judgment interest rate effective this date is .11 %.



ARS/ars&ts
6306 10-358/defaultjudgment/dfltjdg.doc