UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                C.A. No. 11-cv-10815-GAO

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS, the Trustees, Massachusetts Laborers' Benefit Funds have recovered judgment against Universal Construction Services, Inc. on the 11th day of January, 2012, for the sum of $213,345.28, which represents $143,321.50 in unpaid contributions, interest on the delinquent contributions at the rate of 10 percent per annum in the amount of $9,580.84, interest on previously late-paid contributions in the amount of $6,150.14, liquidated damages of $28,664.20 attorney's fees of $18,728.06 and costs of $6,900.54, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditors, at the value thereof in money, the aforesaid sums, being a total of $213,345.28, in the whole, with interest thereon at the rate of .11 % from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 27 day of January, 2012.

SARAH A. THORNTON, CLERK

By: _Chris Danieli_
Deputy Clerk